Eugene P. Ramirez, Esq. (State Bar No. 134865)
 *epr@manningllp.com*
Tony M. Sain, Esq. (State Bar No. 251626)
 *tms@manningllp.com*
Lucas E. Rowe, Esq. (State Bar No. 298697)
 *ler@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO
AND SGT. JOHN BANNES

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT JACKSON, III, | Case No. 5:13-CV-01650-JGB-DTB |
|---|---|
| Plaintiff, | *[Hon. Jesus G. Bernal, District Judge; Magistrate Judge, David T. Bristow]* |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO AND SGT. JOHN BANNES, | |
| Defendants. | Complaint Filed:  Sept. 13, 2013<br>Final Pre-Trial Conf.: June 27, 2016<br>Trial Date:  July 12, 2016 |

After a Jury Trial conducted on July 12, 13, 14, 15, 19, 20, and 21, 2016, the Jury has rendered a **Verdict in favor of defendants** Sgt. JOHN BANNES and COUNTY OF SAN BERNARDINO on all operative claims and causes of action brought by plaintiff against plaintiff ROBERT JACKSON III.  Plaintiff ROBERT JACKSON III voluntarily dismissed all claims and/or causes of action not addressed in this Judgment prior to submission of the case to the jury.

In light of the foregoing, the Court hereby enters Judgment in this case as follows:

1. As to the First Claim for Relief – a claim for **Excessive Force pursuant to 42 U.S.C. § 1983** in violation of the Fourth Amendment to the U.S. Constitution by plaintiff ROBERT JACKSON III against defendant JOHN BANNES – the Court hereby enters **Judgment in favor of the defendant** on this cause of action and all claims therein. Accordingly, plaintiff shall recover nothing as to this claim.

2. As to the Third Claim for Relief – a claim for **Battery/Unreasonable Force pursuant to California law** (including Cal. Gov. Code § 820) by plaintiff ROBERT JACKSON III against defendant JOHN BANNES and (vicariously) against defendant COUNTY OF SAN BERNARDINO – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein. Accordingly, plaintiff shall recover nothing from any of the defendants as to this claim.

3. As to the Fourth Claim for Relief – a claim for **Negligence in Use of Force[1] pursuant to California law** (including Cal. Gov. Code §§ 815.2 and 820) by plaintiff ROBERT JACKSON III against defendant JOHN BANNES and (vicariously) against defendant COUNTY OF SAN BERNARDINO – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein. Accordingly, plaintiff shall recover nothing from any of the defendants as to this claim.

4. In light of the foregoing, the **Court hereby Orders that JUDGMENT shall be entered for all of the defendants in this action, and against the plaintiff, on all of the plaintiff's claims and causes of action in this civil action**.

5. The Court further Orders that defendants shall be permitted to recover their costs against plaintiff ROBERT JACKSON III.

///
///
///

---

[1] In a hearing before the Court on July 18, 2016, plaintiff clarified that plaintiff was no longer alleging a claim for Negligence in Pre-Force Tactics. The Court thus treats such Negligent Tactics claim as voluntarily dismissed with prejudice.

6.   In light of the foregoing, except to retain jurisdiction to enforce this Judgment or other Order of this Court made in this action, and to rule upon an application for costs, the Court hereby DISMISSES WITH PREJUDICE the entire action, and all claims and causes of action therein.

DATED:  August 10, 2016

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _/s/ Jesus G. Bernal_
Hon. Jesus G. Bernal,
UNITED STATES DISTRICT JUDGE